# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 10-05520 |
| MIGUEL A. SERRANO FIGUEROA<br>MARITZA BERMUDEZ BERMUDEZ | CHAPTER 13 |
| DEBTOR(S) | |

## INFORMATIVE MOTION
## (AMENDED CHAPTER 13 PLAN)

**TO THE HONORABLE COURT:**

Come now(s) Debtor(s), represented by the undersigned attorney, and represents as follows:

1. Debtor(s) inform(s) of the filing of an Amended Chapter 13 Plan pursuant to Rule 1009:

   a. Amended Chapter 13 Plan: **to include income tax refund provision.**

**WHEREFORE** applicant(s) pray(s) from this Honorable Court to take notice and allow filing of the amended plan.

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Within twenty eight (28) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all C/MECF participants in this case, including: Chapter 13 Trustee, and to the Assistant U.S. Trustee. Furthermore, I hereby certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the

attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, August 2, 2010.

s/JOSE L. JIMENEZ QUINONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 1 (866) 326-9416 & 787-282-2009
jljimenez11@gmail.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                    Case No. **10-05520-13**

**SERRANO FIGUEROA, MIGUEL A & BERMUDEZ BERMUDEZ, MARITZA**     Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **8/02/2010**
☐ PRE ☐ POST-CONFIRMATION       Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **450.00** x **60** = $ **27,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **27,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **27,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,500.00**

Signed: **/s/ MIGUEL A SERRANO FIGUEROA**
           Debtor

           **/s/ MARITZA BERMUDEZ BERMUDEZ**
           Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **R & G MORTGAGE C**   Cr. **FIRST BANK**     Cr. _____
# **9034**                    # **5067**               # _____
$ **20,737.72**       $ **438.90**       $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
    **FIRST BANK**        **R & G MORTGAGE C**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
1. INCOME TAX REFUNDS WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO FUND THE PLAN UNTIL COMPLETION. THE TENDER OF SUCH PERIODIC PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. MAY DEBTOR(S) NEED TO USE A PORTION OF SAID REFUND, PRIOR AUTHORIZATION OF THE COURT SHALL BE SOUGHT BY DEBTOR(S).

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**        Phone: **(787) 282-9009**

CHAPTER 13 PAYMENT PLAN

# CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **JOSE BERRIOS HER**| | |

```
Label Matrix for local noticing          DEPARTAMENTO DE HACIENDA              PR DEPARTMENT OF LABOR
0104-3                                   PO BOX 9024140                        PRUDENCIO RIVERA MARTINEZ BLDG
Case 10-05520-BKT13                      OFICINA 424-B                         505 MUNOZ RIVERA AVENUE
District of Puerto Rico                  SAN JUAN, PR 00902-4140               12 FLOOR
Old San Juan                                                                   SAN JUAN, PR 00918
Mon Aug  2 10:55:22 AST 2010

RG MORTGAGE CORPORATION                  US TRUSTEE                            US Bankruptcy Court District of P.R.
c/o WALLACE VAZQUEZ SANABRIA             EDIFICIO OCHOA                        U.S. Post Office and Courthouse Building
17 MEXICO STREET, SUITE D-1              500 TANCA STREET SUITE 301            300 Recinto Sur Street, Room 109
SAN JUAN, PR 00917-2202                  SAN JUAN, PR 00901-1938               San Juan, PR 00901-1964


ACADEMY COLLECTION SERVICE, INC.         ADMINISTRACION DE SERVICIOS MEDICOS DE P   BANCO POPULAR DE PUERTO RICO
PO BOX 21089                             FACTURACION Y COBRO                        AS PURCHASING AGENT
PILADELPHIA, PA 19114-0589               PO BOX 2129                                CONSUMER BANKRUPTCY UNIT
                                         SAN JUAN, PR  00922-2129                   PO BOX 1450
                                                                                    MAYAGUEZ PR 00681-1450


CENTRO MEDICO                            CENTRO MEDICO                         Citifinacial Retail Services Of PR
DEPARTAMENTO DE ANESTESIOLOGIA           PO BOX 29134                          P.O. BOX 71328
PO BOX 29134                             SAN JAUN, PR 00929-0134               San Juan, PR  00936-8428
SAN JUAN, PR  00929-0134


DEPARTMENT OF VETERANS AFFAIRS           DISH NETWORK                          FIRST BANK
150 AVE. CHARDON STE 232                 PO BOX 105169                         BANKRPUTCY DIVISION
SAN JUAN, PR 00918-1727                  ATLANTA, GA 30348-5169                PO BOX 9146
                                                                               SAN JUAN PR 00908-0146


FIRST BANK                               FIRST BANK                            FIRST MEDICAL CARD SYSTEM
DEPARTAMENTO DE AUTOS                    DEPARTAMENTO DE PRESTAMOS DE CONSUMO  PO BOX 70264
P.O. BOX 13817                           P.O. BOX 19327                        SAN JUAN, PR 00936-8264
SAN JUAN, PR 00908-3800                  SAN JUAN, PR 00910-1327


FIRST PREMIER BANK                       HOSPITAL UNIVERSITARIO DE ADULTOS     JNA FINANCIAL, INC
PO BOX 5519                              PO BOX 2116                           PO BOX 8299
SIOUX CITY FALLS, SD  57117-5519         SAN JUAN, PR 00922-2116               NAPLES, FL 34101-8299


JOSE BERRIOS HERNANDEZ                   NCO FINANCIAL SYSTEMS                 PALISADES COLLECTION
URB. LA HACIENDA C3 CALLE B              PO BOX 15760 DEPT 07                  BOX 28
COMERIO, PR 00782-2706                   WILMINGTON, DE  19850-5760            SAN JUAN, PR 00919-0028


PALISADES COLLECTION LLC                 PLAN DE SALUD DEL HOSPITAL MENONITA   PR ACQUISITIONS LLC
PO BOX 1244                              BOX 1379                              250 MUNOZ RIVERA AVENUE SUITE 1200
ENGLEWOODS CLIFFS, NJ 07632-0244         AIBONITO PR 00705-1379                HATO REY PR 00918-1814


Palisades Collections, LLC               R & G MORTGAGE CORPORATION            R & G MORTGAGE CORPORATION
Vativ Recovery Solutions LLC             DIVISION LEGAL                        P.O. BOX 362394
As Agent For Palisades Collections, LLC  EDIF. VIG TOWER, 1225 PONCE DE LEON AVE.  SAN JUAN, PR  00936-2394
PO Box 19249                             SANTURCE, PR  00907
Sugar Land TX 77496-9249
```

| | | |
|---|---|---|
| TRANSWORLD SYSTEMS INC.<br>TRES RIOS<br>27 GONZALEZ GIUSTI 601<br>GUAYNABO, PR 00968-3040 | TRIPLE-S SNC<br>SERVICIO AL CLIENTE<br>PO BOX 363628<br>SAN JUAN, PR 00936-3628 | FEDERAL LITIGATION DEPT. OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 |
| JOSE L JIMENEZ QUINONES<br>JIMENEZ QUINONES LAW OFFICE, PSC<br>268 AVE. PONCE DE LEON<br>SUITE 1118<br>SAN JUAN, PR 00918-2007 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MARITZA BERMUDEZ BERMUDEZ<br>URB. LA HACIENDA<br>C3 CALLE B<br>COMERIO, PR 00782-2706 |
| MIGUEL A SERRANO FIGUEROA<br>URB. LA HACIENDA<br>C3 CALLE B<br>COMERIO, PR 00782-2706 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)RG MORTGAGE CORPORATION
c/o WALLACE VAZQUEZ SANABRIA
17 MEXICO STREET, SUITE D-1
SAN JUAN, PR 00917-2202

End of Label Matrix
Mailable recipients    37
Bypassed recipients     1
Total                  38